UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ANGELLA AND DANROY HENRY, SR., on
their own behalf and on behalf of the Estate
of DANROY HENRY, JR.,

                                  Plaintiffs,        11 Civ. 2707 (KMK)

            - against -            **SATISFACTION OF JUDGMENT**

AARON HESS and VILLAGE OF
PLEASANTVILLE,

                                  Defendants.
----------------------------------------x

        WHEREAS, a judgment was entered in the above action on the 16th day of March, 2016 in favor of ANGELLA AND DANROY HENRY, SR., on their own behalf and on behalf of the Estate of DANROY HENRY, JR. and against AARON HESS and VILLAGE OF PLEASANTVILLE in the amount of $6,000,000.00 (six million dollars), and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

SDNY Web 4/99

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: ~~Orangeburg~~ Goshen, NY
December 9, 2016

SUSSMAN & WATKINS

By: _____
Michael H. Sussman (3497)
1 Railroad Avenue
PO Box 1005
Goshen, New York 10924
(845) 294-3991

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF  ORANGE        )

On the 9th day of December, 2016 before me personally came Michael H Sussman to me known and known to be a member of the firm of Sussman & Associates, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

GERYL L. PRESCOTT
Notary Public, State of New York
No. 01PR6014620
Qualified in Rockland County
Commission Expires Oct. 19, 20 18

SDNY Web 4/99